

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2015

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC,**
Appellant

v.

**ARD MOR, INC.,** Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

# O R D E R

The following appeal is set for formal submission before this Court on April 22, 2015, before a panel consisting of Justice Barnard, Justice Martinez and Justice Alvarez.

It is so ORDERED on this 13th day of March, 2015.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court